# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 14-502 consolidated with 14-501

**NICOLE BORDELON, ET UX.**

**VERSUS**

**JOHN MCCABE, ET AL.**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 246,564 C/W 246,039
HONORABLE THOMAS MARTIN YEAGER, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**ULYSSES GENE THIBODEAUX**
**CHIEF JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, John D. Saunders, and Billy Howard Ezell, Judges.

**AFFIRMED.**

**Mickey Stephens deLaup**
**Thomas Paul Anzelmo, Jr.**
**Mickey S. deLaup, APLC**
**2701 Metairie Road**
**Metairie, LA 70001**
**Telephone: (504) 828-2277**
**COUNSEL FOR:**
      **Defendants/Appellants – John McCabe and Nancy McCabe**

**Terry George Aubin**
**3600 Jackson Street – Suite 107**
**Alexandria, LA 71303**
**Telephone: (318) 561-7000**
**COUNSEL FOR:**
      **Defendant/Appellee – Stephan Guillory**

**James Everet Brouillette**
**3330 Lake Villa Drive – Suite 202**
**Metairie, LA 70002**
**Telephone:  (504) 378-0256**
**COUNSEL FOR:**
**Plaintiff/Appellee – State Farm Mutual Automobile Insurance Co.**

**Misty Shannon Antoon**
**600 DeSoto Street**
**Alexandria, LA 71301**
**Telepohone:  (318) 448-8111**
**COUNSEL FOR:**
**Defendants/Appellees – City of Alexandria and Stephan Guillory**

**Derrick G. Earles**
**The Laborde Law Firm**
**306 N. Washington Street – Suite A**
**Marksville, LA 71351**
**Telephone:  (318) 777-7777**
**COUNSEL FOR:**
**Plaintiffs/Appellees – Nicole Bordelon and Kenny Bordelon**

**Emily G. Meche**
**Brian Caubarreaux & Associates**
**P. O. Box 129**
**Marksville, LA 71351**
**Telephone:  (318) 253-0900**
**COUNSEL FOR:**
**Intervenor/Appellee – Brian M. Caubarreaux**

**THIBODEAUX, Chief Judge.**

For the reasons discussed in the consolidated case of *State Farm Mutual Automobile Insurance Co., et. al. v. Nancy McCabe, et. vir.*, 14-501 (La.App. 3 Cir. __/__/14), ___ So.3d ___, the judgment of the trial court is affirmed.

**AFFIRMED**.